JANUARY TERM 1861.          93

Bradlee *v.* Appleton & wife. — Paddock & Field *v.* Commercial Insurance Company.

NATHANIEL J. BRADLEE *vs.* DANIEL APPLETON & wife.

After the entry of a final decree in a bill in equity, which embraces and definitively settles the whole case, the court will not entertain a motion at a subsequent term for a rehearing upon the question of costs, respecting which no motion or suggestion was made while the case was before the court.

THE defendants in a bill in equity, after a final decree in their favor, without costs, entered at a previous term, moved for a rehearing upon the question of costs, upon which they had not been heard.

*C. T. Russell,* for the defendants.

No counsel appeared for the plaintiff.

BY THE COURT. This motion comes too late. After the entry of a final decree, which embraces and definitively settles the whole case, and terminates the cause and removes it from the docket, it will not be reopened for the mere purpose of revising the order as to costs. If any motion or suggestion was to be made on that subject, the proper time to do it was when the case was before the court on the hearing on the merits for the purpose of finally disposing of the cause.

*Motion overruled.*